IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06-cv-02145-JLK-CBS**

**UNITIME SYSTEMS, INC**., a Delaware corporation,

  Plaintiff,

v.

**ROBERT TRICARICO**, an individual,

  Defendant.

---

## CONSENT DECREE AND ORDER

---

WHEREAS, Plaintiff Unitime Systems, Inc. ("Unitime"), and Defendant Robert Tricarico ("Tricarico") are parties to a Confidentiality, Assignment of Inventions and Nonsolicitation Agreement, dated November 18, 2002, in which Tricarico promised not to directly or indirectly "distribute, use or disclose Confidential Information" to any person other than authorized officers or personnel of the company (the "Confidentiality Agreement").

WHEREAS Unitime initiated litigation against Tricarico in the Boulder County District Court on February 23, 2006, seeking, among other things, injunctive relief and damages pursuant to the Confidentiality Agreement (the "Litigation");

WHEREAS Tricarico removed the Litigation to this Court on October 26, 2006; and

WHEREAS, the Parties have agreed to settle the Litigation upon entry of this Order and other terms that are not part of this Order;

THEREFORE, upon stipulation of Plaintiff and Defendant, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

## **INJUNCTION**

1. From the date of entry of this Order until October 31, 2009, Tricarico and any and all other persons who are in active concert or participation with Tricarico are enjoined from violating the confidentiality and nondisclosure provisions of the Confidentiality Agreement. Specifically, Tricarico may not, as an individual, employee, agent, consultant, advisor, independent contractor, partner, officer, director, owner, co-venturer, or principal of any corporation, partnership, or other entity, directly or indirectly disclose any information to any individual or third part that constitutes any of Unitime's trade secrets and Confidential Information.

2. For purposes of this Order, such Confidential Information shall include the following: Projects, designs, formulas, documentation, software, know-how, information, observations, data, customer and supplier lists, price lists and other pricing information, costs, overhead rates, other trade secrets and confidential information of the company or received by the Company from its customers or other third parties, and any other information relating to the Unitime, which, if disclosed to anyone outside of Unitime, would impair Unitime's ability to compete in the marketplace.

3. Except as expressly modified by this Order, Tricarico shall remain bound by all other terms of the Confidentiality Agreement.

## **CONTINUING JURISDICTION**

4. This Court has jurisdiction over the subject matter and the parties, pursuant to 28 U.S.C. § 1332(a).

5. This Court shall maintain jurisdiction to enforce this Order under its inherent authority and the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).

6. This Court shall further retain jurisdiction of this matter for the purposes of enabling any of the parties named in this Order to apply to the Court at any time for such further orders or directives as may be necessary or appropriate for the interpretation or modification of this Order, for the enforcement of compliance therewith, or for the punishment of violations thereof.

JUDGMENT IS THEREFORE ENTERED pursuant to all the terms and conditions recited above.

DATED this 6th day of February, 2007.

BY THE COURT:

*s/John L. Kane*
United States District Judge