IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2145-JLK**

**UNITIME SYSTEMS, INC., a Delaware corporation,**

    Plaintiff,

v.

**ROBERT TRICARICO,**

    Defendant.

## ORDER

Kane, J.

Consistent with the Consent Decree and Order entered on this date, this case is ADMINISTRATIVELY CLOSED, to be re-opened for further proceedings upon request of the parties. The Scheduling Conference set for February 22, 2007, is VACATED.

Dated this 6th day of February, 2007.

                              BY THE COURT:

                              *S/John L. Kane*
                              Senior Judge, United States District Court